CHIEF JUDGE RICARDO S. MARTINEZ
THE HONORABLE MARY ALICE THEILER

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Owner Trustee, and F & L AVIATION IV, LLC, as Beneficial Owner of aircraft bearing manufacturer's serial number 61329, and<br><br>BRILLIANT AVIATION LIMITED, owner and operator of aircraft bearing manufacturer's serial number 62743,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE BOEING COMPANY and BOEING COMMERCIAL AIRPLANES, a division of The Boeing Company,<br><br>    Defendants. | No. 2:20-cv-00402-RSM-MAT<br><br>STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT AND [PROPOSED] ORDER<br><br>NOTE ON MOTION CALENDAR:<br>March 11, 2021 |

Plaintiffs Wilmington Trust Company; F&L Aviation IV, LLC; and Brilliant Aviation Limited ("Plaintiffs") and Defendants The Boeing Company and Boeing Commercial Airplanes[1] ("Boeing") stipulate that, pursuant to Local Civil Rule 10(g) and Local Civil Rule 7(d)(1), Boeing's time to answer Plaintiffs' Complaint shall be extended to Friday, April 23, 2021.

---

[1] Although Boeing Commercial Airplanes is a named defendant, it is an internal business unit of The Boeing Company, not a separate legal entity.

STIPULATION FOR EXTENSION TO ANSWER
COMPLAINT AND [PROPOSED] ORDER
(No. 2:20-cv-00402-RSM-MAT) – 1

92347643

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

Accordingly, all parties respectfully request that the Court enter an order extending the time for Boeing to answer the Complaint to Friday, April 23, 2021.

IT IS SO STIPULATED by and between the parties.

DATED: March 11, 2021

*s/ Callie A. Castillo*
David M. Schoeggl, WSBA No. 13638
schoeggld@lanepowell.com
Callie A. Castillo, WSBA No. 38214
castilloc@lanepowell.com
Joseph D. Adamson, WSBA No. 54752
adamsonj@lanepowell.com
Telephone: 206.233.7000
Facsimile: 206.223.7107

*Attorneys for Plaintiffs Wilmington Trust Company, F & L Aviation IV, LLC, and Brilliant Aviation Limited*

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Laura C. Hill, WSBA No. 49229
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
        EWolff@perkinscoie.com
        EWeiss@perkinscoie.com
        LHill@perkinscoie.com

*Attorneys for Defendants The Boeing Company and Boeing Commercial Airplanes*

STIPULATION FOR EXTENSION TO ANSWER
COMPLAINT AND [PROPOSED] ORDER
(No. 2:20-cv-00402-RSM-MAT) – 2

92347643

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

[~~PROPOSED~~] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer Plaintiffs' Complaint shall be extended to Friday, April 23, 2021.

DATED this <u>11th</u> day of March, 2021.

_____
Mary Alice Theiler
United States Magistrate Judge

Presented by:

*s/ Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Laura C. Hill, WSBA No. 49229
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
    EWolff@perkinscoie.com
    EWeiss@perkinscoie.com
    LHill@perkinscoie.com

*Attorneys for Defendants The Boeing Company and Boeing Commercial Airplanes*