THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| WILMINGTON TRUST COMPANY, as Owner Trustee, and F & L AVIATION IV, LLC, as Beneficial Owner of aircraft bearing manufacturer's serial number 61329, and<br><br>BRILLIANT AVIATION LIMITED, owner and operator of aircraft bearing manufacturer's serial number 62743,<br><br>    Plaintiffs,<br><br>    v.<br><br>THE BOEING COMPANY and BOEING COMMERCIAL AIRPLANES, a division of The Boeing Company,<br><br>    Defendants. | No. 2:20-cv-00402-RSM<br><br>STIPULATION REGARDING BOEING DEADLINE TO ANSWER COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>April 21, 2021 |

Plaintiffs Wilmington Trust Company; F&L Aviation IV, LLC; and Brilliant Aviation Limited ("Plaintiffs") and Defendants The Boeing Company and Boeing Commercial Airplanes[1] ("Boeing") stipulate that, pursuant to Local Civil Rules 10(g) and 7(d)(1) and Federal Rule of Civil Procedure 15(a)(3), Boeing's deadline to answer or otherwise respond to Plaintiffs' Original Complaint or Plaintiffs' Proposed Amended Complaint shall be no later than 14 days

---

[1] Although Boeing Commercial Airplanes is a named defendant, it is an internal business unit of The Boeing Company, not a separate legal entity.

STIPULATION RE DEADLINE TO ANSWER COMPLAINT AND ORDER (No. 2:20-cv-00402-RSM) – 1

92367700

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

after the Court rules on Plaintiffs' Motion to Amend (Dkt. 73). If the Court denies Plaintiffs' Motion to Amend, Boeing shall answer or otherwise respond to Plaintiffs' Original Complaint (Dkt. 1-2). If the Court grants Plaintiffs' Motion to Amend, Boeing shall answer or otherwise respond to Plaintiffs' Proposed Amended Complaint (Dkt. 73-1).

Accordingly, all parties respectfully request that the Court enter an order setting Boeing's deadline to answer or otherwise respond to Plaintiffs' Original Complaint or Plaintiffs' Proposed Amended Complaint to 14 days after the Court rules on Plaintiffs' Motion to Amend.

IT IS SO STIPULATED by and between the parties.

DATED: April 21, 2021

*s/ David M. Schoeggl*
David M. Schoeggl, WSBA No. 13638
Callie A. Castillo, WSBA No. 38214
Joseph D. Adamson, WSBA No. 54752

**Lane Powell PC**
1420 Fifth Avenue, Suite 4200
Seattle, WA 98111-9402
Telephone: 206.233.7000
Facsimile: 206.223.7107
Email: schoeggld@lanepowell.com
Email: adamsonj@lanepowell.com
Email: castilloc@lanepowell.com

*Attorneys for Plaintiffs Wilmington Trust Company, F & L Aviation IV, LLC, and Brilliant Aviation Limited*

*s/ Eric J. Weiss*
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Laura C. Hill, WSBA No. 49229

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: EWolff@perkinscoie.com
E-mail: EWeiss@perkinscoie.com
E-mail: LHill@perkinscoie.com

*Attorneys for Defendants The Boeing Company and Boeing Commercial Airplanes*

STIPULATION RE DEADLINE TO ANSWER COMPLAINT AND ORDER (No. 2:20-cv-00402-RSM) – 2

92367700

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer or otherwise respond to Plaintiffs' Original Complaint or Plaintiffs' Proposed Amended Complaint shall be 14 days after the Court rules on Plaintiffs' Motion to Amend (Dkt. 73). If the Court denies Plaintiffs' Motion to Amend, Boeing shall answer or otherwise respond to Plaintiffs' Original Complaint (Dkt. 1-2). If the Court grants Plaintiffs' Motion to Amend, Boeing shall answer or otherwise respond to Plaintiffs' Proposed Amended Complaint (Dkt. 73-1).

DATED this 27th day of April, 2021.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Eric J. Weiss*
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Eric J. Weiss, WSBA No. 44807
Laura C. Hill, WSBA No. 49229

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
E-mail: HSchneider@perkinscoie.com
E-mail: EWolff@perkinscoie.com
E-mail: EWeiss@perkinscoie.com
E-mail: LHill@perkinscoie.com

*Attorneys for Defendants The Boeing Company and Boeing Commercial Airplanes*